**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 09-152-JJF |
| LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS FOR LACK OF JURISDICTION OVER THE PERSON AND IMPROPER VENUE, AND DEFENDANTS' MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. SECTION 1404 [D.I. 9]**

Defendants, Lupin Limited and Lupin Pharmaceuticals, Inc., hereby withdraw their "Motion to Dismiss for Lack of Jurisdiction Over the Person and Improper Venue, and Defendants' Motion for Transfer Pursuant to 28 U.S.C. Section 1404" (D.I. 9, filed April 23, 2009).

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

November 5, 2009

_____
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Megan C. Haney (No. 5016)
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600
*Attorneys for Defendants*

2

OF COUNSEL:

Barry S. White
Steven M. Amundson
Kevin Murphy
**FROMMER LAWRENCE AND HAUG**
745 Fifth Avenue
New York, NY  10151
(212) 588-0800

**CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on November 5, 2009, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham [mgraham@mnat.com]
> MORRIS, NICHOLS, ARSHT & TUNNEL LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19801

I further certify that on November 5, 2009, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants in the manner indicated:

> ***By E-Mail***
>
> William F. Lee [william.lee@wilmerhale.com]
> Hollie L. Baker [hollie.baker@wilmerhale.com]
> Vinita Ferrera [vinita.ferrera@wilmerhale.com]
> WILMER CUTLER PICKERING HALE AND DORR LLP
> 60 State Street
> Boston, MA  02109

> YOUNG CONAWAY STARGATT & TAYLOR LLP
>
> */s/ Karen L. Pascale*
> _____
> Karen L. Pascale (#2903) *[kpascale@ycst.com]*
> Megan C. Haney (#5016) *[mhaney@ycst.com]*
> The Brandywine Building
> 1000 West St., 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone:  (302) 571-6600
>
> *Attorneys for Defendants, Lupin Limited and Lupin Pharmaceuticals, Inc.*