IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC, | : :  : |
| Plaintiffs, | : : |
| v. | : Civ. No. 09-152-JJF-LPS : |
| LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., | : : : |
| Defendants. | : |

**ORDER**

WHEREAS, Magistrate Judge Stark issued a Report and Recommendation (D.I. 95) dated June 18, 2010, concerning Claim Construction;

WHEREAS, the Report and Recommendation provided construction for the terms disputed by the parties;

WHEREAS, Defendants filed Objections to Judge Stark's Report and Recommendation (D.I. 97);

WHEREAS, the Court concludes that Judge Stark's Report and Recommendation should be adopted for the reasons stated by Judge Stark in his Report and Recommendation;

WHEREAS, Plaintiffs filed an unopposed Motion For Clarification And Correction Of the Report And Recommendation Regarding Claim Construction (D.I. 98);

WHEREAS, Defendants filed an unopposed Motion For Clarification/ Correction Of the Report And Recommendation Regarding Claim Construction (D.I. 104);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Motions For Clarification (D.I. 98; D.I. 104) are **GRANTED**;

2. Defendants' Objections (D.I. 97) are **OVERRULED**;

3. The Report and Recommendation (D.I. 95) is **ADOPTED**.

July 30, 2010

DATE

UNITED STATES DISTRICT COURT