IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC,<br><br>                    Plaintiffs,<br><br>          v.<br><br>LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 09-152 (LPS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEPOSITION DESIGNATIONS/OBJECTIONS AND COUNTER-DESIGNATIONS/OBJECTIONS FOR DEPOSITION TESTIMONY THE PARTIES INTEND TO PRESENT ON TUESDAY, MAY 31**

Pursuant to the Court's instructions at the pre-trial conference, the parties hereby submit as attached Exhibit 1 charts containing the deposition designations and counter-designations they intend to present on the first day of trial, Tuesday, May 31, 2011, along with remaining objections to be ruled upon by the Court. Tables explaining each party's objection abbreviations are included at the end of Exhibit 1. The parties understand that the Court already has copies of the referenced transcripts, which were lodged on May 9, 2011.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| */s/ Mary B. Graham* | */s/ Karen L. Pascale* |
| Mary B. Graham (#2256)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>mgraham@mnat.com | Karen L. Pascale (#2903)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>kpascale@ycst.com |

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| William F. Lee | Edgar H. Haug |
| Lisa J. Pirozzolo | Barry S. White |
| Vinita Ferrera | Steven M. Amundson |
| WILMER CUTLER PICKERING | Kevin F. Murphy |
| HALE AND DORR LLP | FROMMER LAWRENCE & HAUG LLP |
| 60 State Street | 745 Fifth Avenue |
| Boston, MA  02109 | New York, NY  10151 |
| (617) 526-6000 | (212) 588-0800 |
| *Attorneys for Abbott Laboratories and Abbott Respiratory LLC* | *Attorneys for Lupin Limited and Lupin Pharmaceuticals, Inc.* |

May 29, 2011
4288929

## **Exhibit 1**

| David Bova, 10/22/03 | | | |
|---|---|---|---|
| **Lupin's Affirmative Designations** | **Abbott's Objections** | **Abbott's Counter Designations** | **Lupin's Objections to Abbott's Counter-Designations** |
| 5:12-14 | | | |
| 9:3-10:21 | | | |
| 20:5-23:6 | | | |
| 100:23-102:12 | | | |
| 103:2-9 | | | |
| 103:18-105:10 | | | |
| 107:3-22 | | | |
| 108:15-109:2 | | 109:3-5; 109:7-18 | H, K, C |
| 113:10-16 | | | |
| 113:18-24 | | | |
| 114:2-3 | | 114:4-11; 114:13-14; 115:15-20; 115:22-116:5; 116:8-12; 116:14-17; 116:22-117:4; 117:6-10; 119:14-20; 119:22-120:11; 264:9-19 | H, K, C, NR, NT (for 119:22-120:11) |
| 125:21-127:14 | | 127:15-19; 127:21-129:8; 129:10-12 | |
| 147:6-148:6 | | | |
| 148:11-14 | | | |
| 149:4-12 | | | |
| 149:21-150:5 | | 150:6-16 | H C K |
| 166:10-20 | | 166:21-24 | |
| 169:3-7 | | | |
| 169:22-170:24 | | 170:25-171:3; 171:7-12; 172:23-25; 173:3-6 | |
| 209:21-210:16 | | | |
| 212:22-213:5 | | | |
| 214:15-215:4 | | | |
| 215:6-10 | | | |
| 216:7-14 | | | |

- i -

- ii -

| David Bova, 10/23/03 ||||
| **Lupin's Affirmative Designations** | **Abbott's Objections** | **Abbott's Counter Designations** | **Lupin's Objections to Abbott's Counter-Designations** |
|---|---|---|---|
| 259:20-25 | | | |
| 260:3 | | | |
| 277:22-278:9 | | | |
| 332:24-334:5 | | | |
| 335:5-21 | | 337:3-338:6 | H |
| 335:23-24 | | | |
| 336:18-22 | | | |
| 348:7-23 | | | |
| 387:2-5 | | | |
| 387:7-15 | | | |
| 387:17 | | | |
| 388:21-389:2 | | | |
| 389:4-9 | | | |
| 390:6-9 | | | |
| 390:11-12 | | | |
| 392:2-4 | | | |
| 396:11-14 | | | |
| 422:21-424:10 | | | |

| Eugenio Cefali, 10/30/03 | | | |
|---|---|---|---|
| **Lupin's Affirmative Designations** | **Abbott's Objections** | **Abbott's Counter Designations** | **Lupin's Objections to Abbott's Counter-Designations** |
| 4:15-18 | | | |
| 7:6-9:13 | | | |
| 9:23-10:4 | | | |
| 10:8-21 | | | |
| 12:22-13:7 | | | |
| 14:3-24 | | | |
| 57:23-62:16 | | | |
| 62:19-63:5 | | | |
| 63:8-15 | | | |
| 63:18-64:25 | | | |
| 65:3-18 | | | |
| 65:22-66:11 | | | |
| 67:14-19 | | | |
| 83:8-16 | | | |
| 85:14-86:12 | | | |
| 87:4-14 | | | |
| 87:18-23 | | | |
| 88:21-89:7 | | 89:8-20 | |
| 218:14-219:10 | | | |
| 223:21-225:2 | | | |
| 225:6-14 | | | |
| 230:7-17 | | | |
| 245:16-246:20 | | | |
| 246:23-247:24 | | | |

| Kenneth Evenstad, 12/9/03 | | | |
|---|---|---|---|
| **Lupin's Affirmative Designations** | **Abbott's Objections** | **Abbott's Counter Designations** | **Lupin's Objections to Abbott's Counter-Designations** |
| 5:7-11 | | | |
| 6:2-18 | | | |
| 22:16-24 | | | |
| 56:24-57:19 | | | |
| 58:6-18 | | | |
| 58:20-59:6 | | 59:7-11 | |

| Victoria O'Neill, 10/15/03 | | | |
|---|---|---|---|
| **Lupin's Affirmative Designations** | **Abbott's Objections** | **Abbott's Counter Designations** | **Lupin's Objections to Abbott's Counter-Designations** |
| 3:5-7 | | | |
| 4:9-6:22 | | | |
| 7:5-9:16 | | | |
| 12:14-13:11 | | | |
| 30:18-23 | | | |
| 31:3-4 | | | |
| 31:7-8 | | | |
| 31:10-16 | | 31:18-32:2 <br> 32:23-33:3 | |
| 33:4-6 | | | |
| 33:11-34:7 | | | |
| 35:6-17 | | 35:21-23 <br> 36:2-8 | |
| 36:10-12 | | | |
| 36:15-17 | | | |
| 41:16-46:8 | | 60:8-24 <br> 101:14-20 | C, L, K <br> C, L, K |
| 47:13-16 | | | |
| 47:19-48:1 | | | |
| 48:16-24 | | | |
| 57:9-58:13 | | 48:25-49:2; 49:8-22; 78:3-25 | R |
| 64:24-65:11 | | | |
| 66:10-11 | | | |
| 66:15-16 | | | |
| 66:18-20 | | | |
| 66:23 | | | |
| 66:25-67:3 | | | |
| 67:5 | | | |
| 67:7-21 | | | |
| 67:23-25 | | | |
| 70:9-13 | | | |
| 70:16-18 | | | |
| 98:19-99:25 | H, Found | | |
| 100:3-6 | H, Found | 100:8-11 | |
| 187:22-188:10 | | 188:18-22; <br> 214:4-8; 214:10-13 | |
| 209:21-210:4 | | | |
| 211:17-212:20 | | | |
| 213:5-8 | | | |
| 306:24-307:13 | Found | | |
| 307:18-24 | Found | | |
| 308:4-11 | Found | | |
| 308:16-22 | Found | | |

| Victoria O'Neill, 10/15/03 | | | |
|---|---|---|---|
| **Lupin's Affirmative Designations** | **Abbott's Objections** | **Abbott's Counter Designations** | **Lupin's Objections to Abbott's Counter-Designations** |
| 309:2-7 | Found | | |
| 309:12-22 | Found | | |
| 313:4-7 | H | | |
| 313:11-314:10 | H | | |
| 314:14-23 | 701, Found | | |
| 315:1-10 | 701, Found | | |
| 315:13-17 | 701, Found | | |
| 315:19-25 | 701, Found | | |

- vii -

| Victoria O'Neill, 7/13/04 | | | |
|---|---|---|---|
| **Lupin's Affirmative Designations** | **Abbott's Objections** | **Abbott's Counter Designations** | **Lupin's Objections to Abbott's Counter-Designations** |
| 5:16-23 | | | |
| 38:16-21 | | | |
| 39:4-6 | | | |
| 39:11-12 | | | |
| 45:15-18 | | 28:14-16; 28:20-21 | |

## Abbott's Objection Abbreviations

Abbott uses the following abbreviations for objections to Lupin's deposition designations:

| | |
|---|---|
| 602 | Lack of personal knowledge; and/or not designated as a witness pursuant to Fed. R. Civ. P. 30(b)(6) |
| 701 | Improper opinion by lay witness |
| 702/703 | Expert testimony based upon insufficient facts or data; and/or the product of unreliable principles and methods; and/or is an unreliable application of the principles and methods to the facts |
| Form | Form of the question is improper |
| Found | No foundation |
| H | Contains hearsay and not subject to a hearsay exception; and/or not designated as a witness pursuant to Fed. R. Civ. P. 30(b)(6) |
| P | Prejudice, confusion, waste outweighs probative value |
| R | Not relevant |
| C | Colloquy/non-testimony |
| LC | Calls for legal conclusion |
| Spec | Calls for speculation |
| Subject to MIL | Subject to motion in limine |

## Lupin's Objection Abbreviations

Lupin uses the following abbreviations for objections to Abbott's deposition designations:

| | |
|---|---|
| B | Not Best Evidence (FRE 1002, 1003, 1004) |
| C | Cumulative, Duplicative, Wasteful or Undue Delay (FRE 403) |
| H | Hearsay/Improper Use of Deposition (FRE 801-802 & FRCP 32) |
| K | Lack of Personal Knowledge/Incompetent (FRE 602) |
| L | Calls for Legal Conclusion |
| NR | Nonresponsive |
| LF | Lack of Foundation |
| O | Improper Lay or Expert Opinion (FRE 701-703) |
| R | Relevance |
| S | Calls for Speculation |
| I | Incomplete |
| NT | Not Testimony |
| 30(b)(6) | Beyond the Scope of the Rule 30(b)(6) Deposition Topic |